529 A.2d 1077

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Aldron GOODMAN, Respondent.**

Supreme Court of Pennsylvania,
Eastern District.

June 1, 1987.

454

## ORDER

PER CURIAM.

AND NOW this first day of June, 1987, the Commonwealth's petition for allowance of appeal is granted; the order of the Superior Court, 356 Pa.Super. 587, 512 A.2d 50, is vacated; and the case is remanded to the Superior Court for reconsideration in light of our decision in *Commonwealth v. Goldhammer (Goldhammer II)*, 512 Pa. 587, 517 A.2d 1280 (1986).